**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONTÉ DEON LOVE, | ) | NO. CV 12-10596-DDP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| G.D. LEWIS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED:  May 9, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE