1
2
3
4
5
6
7
8                         **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 DONTE DEON LOVE, | Case No. CV 12-10596-DDP(E) |
| 12         Petitioner, | |
| 13 | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| 14   v. | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| 15 G.D. LEWIS, | |
| 16         Respondent. | |

17

18         Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of

19 the records herein and the attached Report and Recommendation of United States

20 Magistrate Judge.  Further, the Court has engaged in a de novo review of those

21 portions of the Report and Recommendation to which any objections have been

22 made.  The Court accepts and adopts the Magistrate Judge's Report and

23 Recommendation.

24

25         IT IS ORDERED that Judgment shall be entered denying and dismissing the

26 Petition with prejudice.

27 ///

28 ///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  May 7, 2025

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE