JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE DEON LOVE, | Case No. CV 12-10596-DDP(E) |
| Petitioner, | |
| v. | JUDGMENT |
| G.D. LEWIS, | |
| Respondent. | |

IT IS ADJUDGED that the Petitioner is denied and dismissed with prejudice.

DATED: May 7, 2025

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE